# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| KATHLEEN BRANDNER, ET AL. | CIVIL ACTION |
|---|---|
| VERSUS | 18-599-SDD RLB |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL. | |

## RULING

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 13, 2018, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand and for Sanctions*[3] is GRANTED, and this matter is to be remanded to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Signed in Baton Rouge, Louisiana on December 18, 2018.

*[signature]*

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 4.
[2] Rec. Doc. 17.
[3] Rec. Doc. 4.